**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: GLORIA HUERTA | ) Case No. 19 B 24132 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

### NOTICE OF MOTION

GLORIA HUERTA                                              CUTLER & ASSOC
                                                          via Clerk's ECF noticing procedures

2271 S LEXINGTON DR #307
MOUNT PROSPECT, IL 60056

Please take notice that on November 13, 2019 at 11:00 am my designee or I will appear before the
Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and
present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons
named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on October
21, 2019.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in
support thereof states:

1.  On August 27, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Plan to provide for 5.25% interest to unsecured creditors due to equity in real estate.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant
to 11 U.S.C. § 1307 (c) (1).

                                                          Respectfully submitted,
                                                          /s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900